## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CRC PARENT CORPORATION, et al. | ) | Case No. 10-11567 (MFW) |
| f/k/a CHEM RX CORPORATION, et al. | ) | |
| | ) | |
| Debtors. | ) | Jointly Administered |
| _____ | ) | |
| | ) | |
| AP SERVICES, LLC, AS TRUSTEE OF | ) | |
| THE CRC LITIGATION TRUST | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. No. 12-50702 (MFW) |
| | ) | |
| BELLCO DRUG CORP. | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

### O R D E R

**AND NOW**, this **1st** day of **MARCH, 2013,** upon consideration of the Motion to Dismiss filed by Bellco and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the Motion to Dismiss is **DENIED** with respect to Count I; and it is further

**ORDERED** that the Motion to Dismiss is **GRANTED** with respect to Counts II and III; and it is further

**ORDERED** that the Trustee is **GRANTED** leave to amend the Complaint within 30 days.

BY THE COURT:

*Mary F. Walrath*

Mary F. Walrath
United States Bankruptcy Judge

cc: Margaret M. Manning, Esquire[1]

---

[1] Counsel is to serve a copy of this Order and the accompanying Memorandum Opinion on all interested parties and file a Certificate of Service with the Court.

**SERVICE LIST**

Jeffrey M. Schlerf, Esquire
Carl D. Neff, Esquire
L. John N. Bird, Esquire
Fox Rothschild, LLP
Citizens Bank Center, Suite 1300
919 North Market Street
Wilmington, DE 19899
Counsel for AP Services, LLC

Margaret M. Manning, Esquire
Klehr Harrison Harvey Branzburg LLP
919 N. Market Street, Suite 1000
Wilmington, DE 19801
Counsel for Bellco Drug Corp.